**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JEROME HENDERSON, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO. 07-0619-CG-M** |
| | ) |
| **CITICORP TRUST BANK, FSB,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

This matter is before the court on the parties' Joint Stipulation of Dismissal, which asks the court to dismiss this case with prejudice.  (Doc. 16).

Accordingly, pursuant to FED. R. CIV. P. 41(a), it is **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**DONE** and **ORDERED** this 30th day of June, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE